BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

CHRISTIAN MEJIA (NY SBN: 5641352)
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 305-7548
Fax:              (202) 307-0054
E-mail:         Christian.Mejia@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J.C. Metal Specialists, Inc., | Case No.: 3:25-cv-03680-CRB |
| Plaintiff, | **STIPULATED REQUEST TO EXTEND FACT DISCOVERY DEADLINE**: ORDER |
| *v.* | |
| United States of America, | |
| Defendant. | |

Pursuant to Civil L.R. 6-2, J.C. Metal Specialists, Inc. ("J.C. Metal") and the United States stipulate and jointly move for an order that extends the fact discovery deadline for 30 days, from May 15, 2026, to June 15, 2026.  This is the first request to modify the Court's Case Management Scheduling Order (ECF No. 31), and granting this requested extension will not alter any other case deadline.  This stipulated request is supported by the Declaration of Christian Mejia and is accompanied by a proposed order.  The grounds for this stipulated request are as follows:

1.      J.C. Metal filed this action against the United States seeking a federal tax refund of $419,919.95 plus interest based on an alleged entitlement to the Employee Retention Credit ("ERC"), a COVID-relief tax credit, for the third calendar quarter of 2021.  At issue primarily in this action is

Stipulated Request
Case No: 3:25-cv-03680-CRB                              1

whether J.C. Metal experienced the requisite decline in gross receipts during the relevant period at issue in this action.

2.    The parties have been working towards resolving this matter and/or streamlining the issues ripe for summary adjudication or trial.  In this regard, the parties have engaged in both informal and formal discovery.  Initially, J.C. Metal provided the United States with certain documents to substantiate its entitlement to its ERC Claim (JC_Metals_000001 - JC_Metals_000367).  The United States reviewed these documents and requested additional information and documents from J.C. Metal Thereafter, J.C. Metal produced a second batch of documents to the United States (JC_Metals_000368 – JC_Metals_001980).  The United States conducted a preliminary review of this second batch of documents and informally requested additional information and documents from J.C. Metal.  In addition, the United States has issued extensive written discovery, including two sets of requests for production of documents, two set of requests for admissions, and one set of interrogatories to J.C. Metal, as well as subpoenas for relevant documents to many non-parties.  In turn, J.C. Metal has been searching for, compiling, and reviewing documents responsive to the United States' requests, as well as coordinating with its accountant to obtain certain information.  J.C. Metal contends that this process has been cumbersome, as it has required reviewing documents that relate to extensive gross receipts over several years (2019-2021), reviewing the gross receipts of other entities, and reviewing the accounting methods used on its income tax returns, among other things.  Currently, the United States intends to take certain depositions in this matter.  However, the United States may not need to take some of these depositions after receiving the documents it has requested from J.C. Metal and certain non-parties.

3.    The parties respectfully request that the Court extend the fact discovery deadline in this matter for 30 days.  This extension will allow J.C. Metal some additional time to search, review, and compile responsive documents to the United States' discovery requests, the United States some additional time to review the documents it receives from J.C. Metal, the parties some additional time to review the information the United States receives from the subpoenas it has issued to certain non-parties, the parties some additional time to discuss the documents that have not been produced but will be produced to determine whether the United States should take certain depositions, and the parties some

Stipulated Request
Case No: 3:25-cv-03680-CRB                    2

additional time to potentially resolve this matter and/or streamline the issues ripe for summary adjudication or trial.

WHEREFORE, the parties respectfully request that the Court extend the fact discovery deadline, from May 15, 2026, to June 15, 2026.

Dated: April 23, 2026.

Respectfully submitted,

/s/ *Christian Mejia*
CHRISTIAN MEJIA
Trial Attorney, Tax Litigation Branch
United States Department of Justice, Civil Division
*Counsel for the United States*

/s/ *Weston O' Black*
Justin A. Nelson (*pro hac vice*)
Weston O' Black (*pro hac vice*)
Daniel Wilson (*pro hac vice*)
Larry Liu (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: 713-651-9366
jnelson@susmangodfrey.com
woblack@susmangodfrey.com
dwilson@susmangodrey.com
lliu@susmangodfrey.com

Rohit Nath
Susman Godfrey, L.L. P.
1900 Ave. Of the Stars, STE 1400
Los Angeles, CA 90067
Tel: 310-789-3100
rnath@susmandgodfrey.com

*Counsel for J.C. Metal Specialists, Inc.*

*The filer, Christian Mejia, attests that each of the other Signatories have concurred in the filing of this document, in accordance with Civil L.R. 5-1(h)(3).

Stipulated Request
Case No: 3:25-cv-03680-CRB                    3

**CERTIFICATE OF SERVICE**

I hereby certify that service of the **STIPULATED REQUEST TO EXTEND FACT DISCOVERY DEADLINE** has been made this 23rd day of April 2026 via the Court's CM/ECF system to:

| | |
|---|---|
| Daniel Wilson: | dwilson@susmangodfrey.com |
| Justin A. Nelson: | jnelson@susmangodfrey.com, hgratzer@susmangodfrey.com |
| Larry Y. Liu: | lliu@susmangodfrey.com |
| Rohit Dwarka Nath: | rnath@susmangodfrey.com, robby-perkins-6960@ecf.pacerpro.com, rperkins@susmangodfrey.com |
| Weston O'Black: | woblack@susmangodfrey.com, mcarlock@susmangodfrey.com |

*/s/ Christian Mejia*
CHRISTIAN MEJIA
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division

Stipulated Request
Case No: 3:25-cv-03680-CRB                4

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

CHRISTIAN MEJIA (NY SBN: 5641352)
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 305-7548
Fax:          (202) 307-0054
E-mail:       Christian.Mejia@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J.C. Metal Specialists, Inc., | Case No.: 3:25-cv-03680-CRB |
| Plaintiff, | **DECLARATION OF CHRISTIAN MEJIA IN SUPPORT OF THE PARTIES' STIPULATED REQUEST TO EXTEND FACT DISCOVERY DEADLINE** |
| *v.* | |
| United States of America, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 1746, I declare the following:

1.     I am a Trial Attorney with the United States Department of Justice.  I have been assigned to represent the United States in this case.

2.     Pursuant to Civil L.R. 6-2, I submit this declaration in support of the parties' Stipulated Request to Extend the Fact Discovery Deadline ("Stipulated Request").

3.     J.C. Metal filed this action against the United States seeking a federal tax refund of $419,919.95 plus interest based on an alleged entitlement to the Employee Retention Credit ("ERC"), a COVID-relief tax credit, for the third calendar quarter of 2021.  At issue primarily in this action is

Declaration of Christian Mejia
Case No: 3:25-cv-03680-CRB                           1

whether J.C. Metal experienced the requisite decline in gross receipts during the relevant period at issue in this action.

4.      The parties have been working towards resolving this matter and/or streamlining the issues ripe for summary adjudication or trial.  In this regard, the parties have engaged in both informal and formal discovery.  Initially, J.C. Metal provided the United States with certain documents to substantiate its entitlement to its ERC Claim (JC_Metals_000001 - JC_Metals_000367).  The United States reviewed these documents and requested additional information and documents from J.C. Metal.  Thereafter, J.C. Metal produced a second batch of documents to the United States (JC_Metals_000368 – JC_Metals_001980).  The United States conducted a preliminary review of this second batch of documents and informally requested additional information and documents from J.C. Metal.  In addition, the United States has issued extensive written discovery, including two sets of requests for production of documents, two set of requests for admissions, and one set of interrogatories to J.C. Metal, as well as subpoenas for relevant documents to many non-parties.  In turn, J.C. Metal has been searching for, compiling, and reviewing documents responsive to the United States' requests, as well as coordinating with its accountant to obtain certain information.  J.C. Metal contends that this process has been cumbersome, as it has required reviewing documents that relate to extensive gross receipts over several years (2019-2021), reviewing the gross receipts of other entities, and reviewing the accounting methods used on its income tax returns, among other things.  Currently, the United States intends to take certain depositions in this matter.  However, the United States may not need to take some of these depositions after receiving the documents it has requested from J.C. Metal and certain non-parties.

5.      The parties are seeking to extend the discovery deadline by 30 days not for the purpose of delay, but to facilitate the orderly resolution of this matter.  This extension will allow J.C. Metal some additional time to search, review, and compile responsive documents to the United States' discovery requests, the United States some additional time to review the documents it receives from J.C. Metal, the parties some additional time to review the information the United States receives from the subpoenas it has issued to certain non-parties, the parties some additional time to discuss the documents that have not been produced but will be produced to determine whether the United States should take certain

Declaration of Christian Mejia
Case No: 3:25-cv-03680-CRB                    2

depositions, and the parties some additional time to potentially resolve this matter and/or streamline the issues ripe for summary adjudication or trial.

6.    The Stipulated Request is the first request to modify the Court's Case Management Scheduling Order (ECF No. 31).

7.    If granted, the Stipulated Request will not alter any case deadline in this matter other than the fact discovery deadline.

Dated: April 23, 2026.

/s/ Christian Mejia
CHRISTIAN MEJIA
Trial Attorney, Tax Litigation Branch
United States Department of Justice, Civil Division
Counsel for the United States

Declaration of Christian Mejia
Case No: 3:25-cv-03680-CRB                3

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

CHRISTIAN MEJIA (NY SBN: 5641352)
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 305-7548
Fax:          (202) 307-0054
E-mail:       Christian.Mejia@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J.C. Metal Specialists, Inc., <br><br> Plaintiff, <br><br> *v.* <br><br> United States of America, <br><br> Defendant. | Case No.: 3:25-cv-03680-CRB <br><br> ~~**PROPOSED**~~ **ORDER** |

Pursuant to the "Stipulated Request to Extend Fact Discovery Deadline" filed by the parties, and for good cause shown, it is hereby ORDERED that the fact discovery deadline is EXTENDED, from May 15, 2026, to June 15, 2026.

Dated:  April 24, 2026

_____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

~~Proposed~~ Order
Case No: 3:25-cv-03680-CRB                    1