BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

CHRISTIAN MEJIA (NY SBN: 5641352)
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 305-7548
Fax:           (202) 307-0054
E-mail:        Christian.Mejia@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J.C. Metal Specialists, Inc., | Case No.: 3:25-cv-03680-CRB |
| Plaintiff, | **STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE**: ORDER |
| *v.* | |
| United States of America, | |
| Defendant. | |

//

//

//

//

//

//

//

Stipulated Motion to Dismiss Action
Case No: 3:25-cv-03680-CRB                    1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), J.C. Metal Specialists, Inc. and the United States stipulate and jointly move to dismiss the above-referenced case with prejudice.  Each party further agrees to bear their own respective costs and expenses, including any attorney's fees.

Dated: June 5, 2026.

Respectfully submitted,

/s/ *Christian Mejia*
CHRISTIAN MEJIA
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
*Counsel for the United States*

SUSMAN GODFREY L.L.P.

/s/ *Weston O' Black*
Justin A. Nelson (*pro hac vice*)
Weston O' Black (*pro hac vice*)
Daniel Wilson (*pro hac vice*)
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: 713-651-9366
jnelson@susmangodfrey.com
woblack@susmangodfrey.com
dwilson@susmangodrey.com

Rohit Nath
Susman Godfrey, L.L. P.
1900 Ave. Of the Stars, STE 1400
Los Angeles, CA 90067
Tel: 310-789-3100
rnath@susmandgodfrey.com

*Counsel for J.C. Metal Specialists, Inc.*

*The filer, Christian Mejia, attests that each of the other Signatories have concurred in the filing of this document, in accordance with Civil L.R. 5-1(h)(3).

**CERTIFICATE OF SERVICE**

I hereby certify that service of the **STIPULATED MOTION TO DISMISS ACTION WITH PREJDUICE** has been made this 5th day of June 2026 via the Court's CM/ECF system to:

Daniel Wilson:         dwilson@susmangodfrey.com

Justin A. Nelson:      jnelson@susmangodfrey.com, hgratzer@susmangodfrey.com

Rohit Dwarka Nath:     rnath@susmangodfrey.com, robby-perkins-6960@ecf.pacerpro.com, rperkins@susmangodfrey.com

Weston O'Black:        woblack@susmangodfrey.com, mcarlock@susmangodfrey.com

/s/ Christian Mejia
CHRISTIAN MEJIA
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

CHRISTIAN MEJIA (NY SBN: 5641352)
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 305-7548
Fax:             (202) 307-0054
E-mail:         Christian.Mejia@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J.C. Metal Specialists, Inc., | Case No.: 3:25-cv-03680-CRB |
| Plaintiff, | ~~PROPOSED~~ **ORDER ON STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE** |
| *v.* | |
| United States of America, | |
| Defendant. | |

J.C. Metal Specialists, Inc. and the United States have filed a stipulated motion to dismiss this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, the above-referenced civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties will bear their own respective costs and expenses, including any attorneys' fees.

Dated: June 8, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

~~Proposed~~ Order
Case No: 3:25-cv-03680-CRB                    1